**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Guy Alston IV<br><br>              <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 22-10460 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                            Respectfully submitted,

                                              /s/ *Rebecca Solarz*
                                              Rebecca Solarz
                                              18 Mar 2022, 11:59:54, EDT

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322