**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Guy Alston IV<br>               **Debtor(s)**<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>               **Movant**<br><br>               vs.<br><br>Guy Alston IV<br>               **Respondent(s)** | BK NO. 22-10460 ELF<br><br>Chapter 13<br><br>Hearing Date: 5/10/2022 |

## OBJECTION OF PENNSYLVANIA HOUSING FINANCE AGENCY
## TO CONFIRMATION OF CHAPTER 13 PLAN

PENNSYLVANIA HOUSING FINANCE AGENCY (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. On April 26, 2022, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $70,507.83.

2. Debtor's Plan provides for payment in the amount of $0.00 towards the arrearage claim of the Secured Creditor.

3. The Debtor's plan fails to address the Secured Creditor's claim. The loan modification is remote and speculative. The Debtor cannot modify the loan without the consent of the Secured Creditor. Therefore, the plan cannot be confirmed unless and until a loan modification is agreed to and approved by the Court.

4. Debtor's Plan understates the amount of the Secured Creditor's claim by $70,507.83, and does not provide sufficient funding to pay said claim including present value interest.

5. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

6. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, PENNSYLVANIA HOUSING FINANCE AGENCY, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: May 4, 2022

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant