# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Guy Alston IV<br>                    Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Guy Alston IV<br>                    Debtor<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br>NO. 22-10460 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **May 5, 2022, docket number 25**.

                                            Respectfully submitted,


                                            /s/ Rebecca A. Solarz, Esq.
                                            _____
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated: August 2, 2022