# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Guy Alston, IV**  _____  Case No.  **22-10460**
_____
                                    Debtor(s)        Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  October  7, 2022, a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties, the Trustee and all creditors listed below.

Guy Alston, IV
4723 Bleigh Ave.
Philadelphia, PA 19136

Pamela Elchert Thurmond
c/o Water Revenue Bureau
Tax & Revenue Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA  19102

Electronic notice to:

Brian Craig Nicholas/ KML Law Group
on behalf of PA Housing Finance Agency

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire** _____

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**