# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Guy Alston, IV**  
Debtor(s)

Case No. **22-10460**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2022 a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Guy Alston, IV  
4723 Bleigh Ave.  
Philadelphia, PA 19136

Pamela Elchert Thurmond  
c/o Water Revenue Bureau  
Tax & Revenue Unit  
1401 JFK Blvd. 5th Floor  
Philadelphia, PA  19102

Electronic notice to:

Brian Craig Nicholas/ KML Law Group  
on behalf of PA Housing Finance Agency

Leon P. Haller  
on behalf of PA Housing Finance Agency

Electronic notice to:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242Fax:215-725-8288**  
**bealaw@verizon.net**