# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Guy Alston IV<br>　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>　　　　　　　Movant<br>　　vs.<br><br>Guy Alston IV<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-10460 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Motion for Relief of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **January 31, 2023, Docket Entry No. 52**.

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　/s/ Denise Carlon, Esq.
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: February 1, 2023