**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| In re | Guy Alston, IV | Case No. | 22-10460/ELF |
|---|---|---|---|
| | Debtor | Chapter | 13 |

## DEBTOR, GUY ALSTON IV'S MOTION FOR VOLUNTARY DISMISSAL

The debtor, Guy Alston, IV, through his attorney, Bradly E. Allen moves to file this Motion for Voluntary Dismissal of his Chapter 13 case pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

1. The debtor filed a Chapter 13 case on February 25, 2022.

2. This case has not been previously converted from another Chapter.

3. The debtor wishes to dismiss his case, and Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

WHEREFORE, the debtor respectfully requests that the Court enter an Order dismissing the debtor's Chapter 13 case.

Dated: February 9, 2023

Respectfully submitted,

By: /s/ Bradly E. Allen, Esquire

Attorney for Debtor
Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242
bealaw@verizon.net

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re   Guy Alston, IV

Debtor(s)

Case No.   22-10460/ELF
Chapter   13

## ORDER

AND NOW, This _____ day of _____, 2023 upon consideration of Debtor's Motion for Voluntary Dismissal of his Chapter 13 case, it is hereby ORDERED that Debtor's Motion for Voluntary Dismissal is granted; and his Chapter 13 case is hereby dismissed.

DATED:

_____
HONORABLE ERIC L. FRANK
United States Bankruptcy Judge