# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Guy Alston, IV**            Case No. **22-10460/elf**
Debtor(s)            Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023 a copy of Debtor's Motion for Voluntary Dismissal was served electronically or by regular United States mail to the Trustee and all parties listed below.

Guy Alston, IV
4723 Bleigh Ave.
Philadelphia, PA 19136

Electronic notice to:

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**